**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD M. HARRIS,** | **:** | |
| | **:** | |
| **Plaintiff** | **:** | |
| | **:** | **CIVIL NO. 3:CV-17-0448** |
| **v.** | **:** | |
| | **:** | **(Judge Caputo)** |
| **JOHN SHOVELIN,** *et al.*, | **:** | |
| | **:** | |
| **Defendants** | **:** | |
| | **:** | |

**O R D E R**

**AND NOW**, this **13th** day of **JULY**, **2017**, it is **ORDERED** that Mr. Harris' Motion for

Appointment of Counsel (ECF No. 12) is denied without prejudice.


/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**